# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-mj-01201-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| JESUS HERRERA-MORALES, | |
| Defendant(s). | |

Pending before the Court is a motion to dismiss the complaint, Docket No. 9, which is hereby **GRANTED**. The Government is **INSTRUCTED** to release Defendant from custody, and the Clerk's Office shall **SERVE** a copy of this order on the United States Marshal. The preliminary examination set for January 3, 2018, is **VACATED**.

IT IS SO ORDERED.

DATED: January 2, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge